**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Sullenger, Albert and Rosemary Sullenger | : | 02-CV-5489 |
| Sullivan, Hugh and Susan Sullivan | : | 02-CV-5497 |
| Sullivan, Thomas and Margaret Sullivan | : | 02-CV-5491 |
| Swan, Daniel | : | 02-CV-5411 |
| Swann, Eugene and Martha Swann | : | 02-CV-5498 |
| Swarta, Colleen and Robert Swartz | : | 02-CV-6101 |
| Swartz, Robert and Teresa Swartz | : | 02-CV-6106 |
| Swiss, Margaret | : | 02-CV-5448 |
| Keebortz, William and Mary J. Keebortz | : | 02-CV-5914 |
| Isaacson, Gerald and Margaret A. Isaacson | : | 02-CV-6433 |
| Jackson, Rowland | : | 02-CV-6011 |
| Jackson, Phillip and Carol J. Jackson | : | 02-CV-5837 |
| Jacobson, Marlene and Julius Jacobson | : | 02-CV-5852 |
| Jaks, Theodosia and Stephen Jaks | : | 02-CV-6226 |
| Jancar, John and Milli Jancar | : | 02-CV-6437 |
| Kranzmann, Hazel and Herb Kranzmann | : | 02-CV-5858 |
| Sulme, Alfred and Michelle Sulme | : | 02-CV-5709 |
| Stowers, Kenneth and Audrie Stowers | : | 02-CV-6291 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Strom, Myrtle | : | 02-CV-6485 |
| Strichartz, Estelle | : | 02-CV-5453 |
| Strashoon, Ivan and Fiona Strashoon | : | 02-CV-6294 |
| St. John, Robert | : | 02-CV-5547 |
| King, Rena and Vincent L. King | : | 02-CV-5931 |
| Krug, Robert and Karin A. Krug | : | 02-CV-5827 |
| Sturgil, Joseph and Lois Sturgil | : | 02-CV-5486 |
| Stobaugh, Grace | : | 02-CV-5431 |
| Strem, Gary and Maria Strem | : | 02-CV-5495 |
| Strehl, Michael Sr. and Rebecca Strehl | : | 02-CV-5487 |
| Straite, Sharon and Albert Straite | : | 02-CV-6333 |
| Stewart, Larry | : | 02-CV-5407 |
| Hagen, Orrin and Dana Hagen | : | 02-CV-5028 |
| Hale, Claudia and Richard Hale | : | 02-CV-5040 |
| Jolliffe, Teresa | : | 02-CV-5514 |
| Haas, Dorothy | : | 02-CV-5971 |
| Hadley, Edward | : | 02-CV-6003 |
| Kirkorian, Norman and Susan M. Kirkorian | : | 02-CV-5922 |
| Kleefman, Sandra and Leonard Kleefman | : | 02-CV-5924 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Jopalian, Vahe and Hrepsime Jopalian | : | 02-CV-6248 |
| Haines, Carol | : | 02-CV-5939 |
| Harvey, Sarah and Ross Harvey | : | 02-CV-6393 |
| Guzman, Filomina | : | 02-CV-5180 |
| Hackett, Jerald | : | 02-CV-5993 |
| Hagen, Gary | : | 02-CV-6040 |
| Jorstad, Anna and Donald T. Jorstad | : | 02-CV-5795 |
| Jordan, Harry and Jo Jordan | : | 02-CV-6257 |
| Mannings, Gary and Stephaine Mannings | : | 02-CV-5645 |
| Truelove, Robert | : | 02-CV-5233 |
| Tucker, Edwin and Dianne Tucker | : | 02-CV-6213 |
| Tupas, Bong | : | 02-CV-5226 |
| Saulsberry, Dottie | : | 02-CV-6447 |
| Schafer, Kay | : | 02-CV-6370 |
| Saltzman, Marvin and Barbra Saltzman | : | 02-CV-5430 |
| Sandstede, Don and Evelyn Sandstede | : | 02-CV-5451 |
| Whitlatch, Walter and Irene Whitlatch | : | 02-CV-5286 |
| Tuakoi, Sione and Toalla Tuakoi | : | 02-CV-6214 |
| Tucker, Robert and Gwen Tucker | : | 02-CV-6207 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Sasu, Marin and Marioara Sasu | : | 02-CV-6237 |
| Saxton, Kenneth and Arletta L. Saxton | : | 02-CV-6147 |
| Schachle, Patrick | : | 02-CV-5432 |
| Sanders, Curtis | : | 02-CV-5418 |
| Young, Eva and William Young | : | 02-CV-5287 |
| Youngblood, Willie | : | 02-CV-5206 |
| Zachery, Celena and William E. Zachery | : | 02-CV-5276 |
| Turner, Lee and Rubin Turner | : | 02-CV-6073 |
| Hall, Jim and Debbie Hall | : | 02-CV-5576 |
| Kuettel, Zeno | : | 02-CV-5775 |
| Hallett, Edward and Janet Ruth Hallett | : | 02-CV-5597 |
| Hampton, Norma | : | 02-CV-6354 |
| Young, Frances | : | 02-CV-5237 |
| Youngquist, Gary and Linda Youngquist | : | 02-CV-5273 |
| Turner, Evelyn | : | 02-CV-5232 |
| Valadez, Jorge | : | 02-CV-6482 |
| Karo, Dora | : | 02-CV-5776 |
| Hamilton, David and Rose Hamilton | : | 02-CV-5607 |
| Hall, Neil and Ann Hall | : | 02-CV-5580 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Winston, Betty | : | 02-CV-6028 |
| Winterberg, Bebe | : | 02-CV-6020 |
| Witt, Ann | : | 02-CV-6031 |
| Wolf, John and Diane Wolf | : | 02-CV-5171 |
| Wolfard, Florence and Deo Wolfard | : | 02-CV-5169 |
| Woodward, Nancy | : | 02-CV-6027 |
| Orosco, Emilia | : | 02-CV-5519 |
| Wilson, James | : | 02-CV-5189 |
| Wilson, Jannie | : | 02-CV-5184 |
| Wilson, Kris and Jeff Wilson | : | 02-CV-6510 |
| Wilson, Leola | : | 02-CV-5191 |
| Wilson, Roy | : | 02-CV-5208 |
| Wilson, Lily | : | 02-CV-5205 |
| Wilson, Steve | : | 02-CV-5197 |
| Trajano, Bert and Ester Trajano | : | 02-CV-6190 |
| Treu, Robert and Michelle Treu | : | 02-CV-6186 |
| Trinos, Jose and Maria Socorro Trinos | : | 02-CV-6177 |
| Sotka, Denise and Eugene Sotka | : | 02-CV-6297 |
| Soto, Jose and Ellen Soto | : | 02-CV-6289 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Spagnola, Tim and Veronica Spagnola | : | 02-CV-6334 |
| Sparks, Donald | : | 02-CV-5546 |
| Valdepenas, Edwin and Evelyn Valdepenas | : | 02-CV-5181 |
| Wenik, Zbigniew | : | 02-CV-6491 |
| West, David and Mary Lynn West | : | 02-CV-6518 |
| Whadford, Billie | : | 02-CV-5199 |
| Wheat, Betty and Fred Wheat | : | 02-CV-5166 |
| Whitfield, Patricia | : | 02-CV-5198 |
| Whitmer, Thomas and Barbara Whitmer | : | 02-CV-5148 |
| Lombardi, Dominick and Joy Lombardi | : | 02-CV-5728 |
| Jiminez, Maria | : | 02-CV-6452 |
| Joaquin, Madalyn | : | 02-CV-5639 |
| Johnson, Beverly and Charles Johnson | : | 02-CV-6225 |
| Jones, Anita | : | 02-CV-5502 |
| Jones, Augustine | : | 02-CV-5516 |
| Jones, Carolyn | : | 02-CV-5503 |
| Kafteranis, Panos | : | 02-CV-5741 |
| Kamada, Tayeko and Herbert Kamada | : | 02-CV-5841 |
| Kapamaci, Migiroic and Maryam Kapamaci | : | 02-CV-6454 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Karrels, Mary | : | 02-CV-5785 |
| Moore, Rex and Caroline Moore | : | 02-CV-5278 |
| Moore, Terri | : | 02-CV-6134 |
| Winneke, Jeff | : | 02-CV-6022 |
| Moore, Mabel and Leonard Moore | : | 02-CV-5283 |
| Winslow, Dan and Twylla Winslow | : | 02-CV-5359 |
| Wine, Don | : | 02-CV-6002 |
| Wright, Doris | : | 02-CV-6030 |
| Wynn, Carolyn | : | 02-CV-6032 |
| Vaccaro, Richard and Terri Vaccaro | : | 02-CV-5140 |
| Long, Robert and Teresa Long | : | 02-CV-5477 |
| Lopez, Pedro and Jeannette Kruse | : | 02-CV-5476 |
| Lopez, Timothy and Rachel Lopez | : | 02-CV-5668 |
| Lockwood, Doris | : | 02-CV-5269 |
| Woolsey, Dennis | : | 02-CV-6021 |
| Wuebben, Eve and Michael Roberts | : | 02-CV-6509 |
| Wyan, Connie and Ted Wyan | : | 02-CV-6511 |
| Vail, Prianca | : | 02-CV-5941 |
| Londberg, Josephine and Jeffry Londberg | : | 02-CV-5736 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Lopez, Salvador and Rosa M. Lopez | : | 02-CV-5673 |
| Logan, Kathleen and Robert E. Logan | : | 02-CV-6298 |
| Urban, Margie and Chester Urban | : | 02-CV-5151 |
| Rutledge, Larry and Kay Rutledge | : | 02-CV-5766 |
| Russell, Gregory, Sr. and Gloria Russell | : | 02-CV-5729 |
| Rusca, John and Cecilia Rusca | : | 02-CV-5761 |
| Russ, James | : | 02-CV-5717 |
| San Felippo, Frank and Faith San Felippo | : | 02-CV-5447 |
| Sass, Frank and Eva Karnatz | : | 02-CV-6097 |
| Schattinger, Richard | : | 02-CV-6372 |
| Schaum, Katherine and William Schaum | : | 02-CV-6381 |
| Scheffler, John and Kinue Scheffler | : | 02-CV-6142 |
| Schenone, Raymond | : | 02-CV-5412 |
| Schine, Edward | : | 02-CV-5424 |
| Ruland, Lucy | : | 02-CV-5467 |
| Rupocinski, Ronald and Olga Ruponcinski | : | 02-CV-5723 |
| Russell, Gloria | : | 02-CV-5446 |
| Kauffman, Richard | : | 02-CV-5784 |
| Willett, Billy and Carmen S. Willett | : | 02-CV-5147 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Wilson, Charles and Carol Wilson | : | 02-CV-5139 |
| Wilson, Fred and Pat. A. Wilson | : | 02-CV-5146 |
| Javier, Narcisa and Robert Javier | : | 02-CV-5820 |
| Jefferson, Wilma and Robert Jefferson | : | 02-CV-5829 |
| Jenkins, Winfred | : | 02-CV-6347 |
| Jensen, Erika | : | 02-CV-5393 |
| Kaylor, John and Betty Kaylor | : | 02-CV-5919 |
| Wilmore, Bonnie and Willis Wilmore | : | 02-CV-5142 |
| Wilson, Daniel and Debra Wilson | : | 02-CV-5295 |
| Jaramillo, Mary | : | 02-CV-6015 |
| Jefferson, Regina and Roosevelt Jefferson | : | 02-CV-5832 |
| Jercinovich, Stanley | : | 02-CV-5391 |
| Jennings, Ralph | : | 02-CV-5395 |
| Joyner, Kathryn | : | 02-CV-5433 |
| Kinchen, Lonnie | : | 02-CV-5787 |
| Kleingartner, Lenora | : | 02-CV-6371 |
| Kleinschmidt, Marsha and Donald Kleinschmidt | : | 02-CV-5874 |
| Klingel, Beth and Sherwood Klingel | : | 02-CV-6254 |
| Knapp, Carrol and Mary Knapp | : | 02-CV-6223 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Kochever, David and Mary Kochever | : | 02-CV-5840 |
| Kong, Alrich and Patricia Kong | : | 02-CV-6453 |
| Krebs, Ronald and Patricia Krebs | : | 02-CV-5845 |
| Koski, Danny and Bonny L. Koski | : | 02-CV-6234 |
| Krasnof, Edward and Leas Krasnof | : | 02-CV-5857 |
| Kulp, Robert and Roseanne Kulp | : | 02-CV-5859 |
| Starks, Rose | : | 02-CV-5548 |
| Spatafora, Joseph and Cheryl Spatafora | : | 02-CV-6311 |
| Sandstede, Don and Evelyn Sandstede | : | 02-CV-5451 |
| Samudio, Patricia and Frank Samudio | : | 02-CV-5452 |
| Vazquez, Maria and Demetrio Vazquez | : | 02-CV-6315 |
| Usler, Celeste | : | 02-CV-6013 |
| Wengrofsky, Zelda | : | 02-CV-5204 |
| Wild, Forrest and Joan Wild | : | 02-CV-6043 |
| Wild, Joan and Forrest Wild | : | 02-CV-6044 |
| Wiley, Gerald and Helen V. Wiley | : | 02-CV-5996 |
| Wiley, William and Rachel Wiley | : | 02-CV-5970 |
| Willoughby, Lester and Janet Willoughby | : | 02-CV-5347 |
| Williams, Howard | : | 02-CV-5203 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Williams, Verna | : | 02-CV-6000 |
| Moore, Virginia and Alvin Moore | : | 02-CV-6455 |
| Santangelo, Lawrence | : | 02-CV-5425 |
| Santos, Julia | : | 02-CV-5426 |
| Santos, Maria and I. Santos | : | 02-CV-5450 |
| Santos, Rustico and Connie Santos | : | 02-CV-5457 |
| Schneider, Frederick and Beverly Schneider | : | 02-CV-6099 |
| Arnoldi-Schall, Jeanette and Walter Schall | : | 02-CV-4946 |
| Valdez, Henry and Sandra Valdez | : | 02-CV-5194 |
| Vanderpool, Robert and Elizabeth Vanderpool | : | 02-CV-5187 |
| Vargas, Alvaro | : | 02-CV-5967 |
| Wenger, Bruce and Susan Wenger | : | 02-CV-6533 |
| Turner, Virginia | : | 02-CV-5223 |
| Turner, Virginia and Charles Turner | : | 02-CV-5200 |
| Tutwiler, Gene | : | 02-CV-5229 |
| Untalan, Lisa and Amado Untalan | : | 02-CV-5215 |
| Weinstein, Bernard | : | 02-CV-5185 |
| Marshall, Edward (Ted) | : | 02-CV-5680 |
| Markow, Harold and Gladys C. Markow | : | 02-CV-5881 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Trow, Steven | : | 02-CV-5227 |
| Troxell, Rodney and Kathleen Troxell | : | 02-CV-6196 |
| Trujeque, Manuel and Barbara Hill | : | 02-CV-6183 |
| Wachter, Daniel | : | 02-CV-5202 |
| Wadas, John and Louise Stanger | : | 02-CV-5973 |
| Wadding, Wayne | : | 02-CV-5193 |
| Trivett, Walter and Rose Trivett | : | 02-CV-6202 |
| Weidman, Robert Sr. and Helen Weidman | : | 02-CV-5955 |
| Wells, Edgar Jr. | : | 02-CV-5190 |
| Vasquez, Maria | : | 02-CV-5974 |
| Vasquez, Naomi | : | 02-CV-5944 |
| Vasquez, Joe and Juanita Vasquez | : | 02-CV-5192 |
| Vasquez, Mariano | : | 02-CV-5949 |
| Hassell, Timothy | : | 02-CV-6408 |
| Hatcher, David | : | 02-CV-5965 |
| Hatcher, Donald and Patricia Hatcher | : | 02-CV-6449 |
| Hauff, Ernest | : | 02-CV-5957 |
| Havens, Ronald and Patricia Havens | : | 02-CV-6520 |
| Jones, Denise | : | 02-CV-5385 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Jones, Elnor | : | 02-CV-5386 |
| Jones, Janice | : | 02-CV-5390 |
| Kelso, Ann and Weston L. Kelso | : | 02-CV-6250 |
| Kent, Karl and Ann Kent | : | 02-CV-6251 |
| Khan, Milford | : | 02-CV-5788 |
| Khoury, Bulos and Linda Khoury | : | 02-CV-6252 |
| Kimpton, Ida | : | 02-CV-6364 |
| King, Albert and Louiebelle King | : | 02-CV-5906 |
| King, Dock Sr. and Jeanette King | : | 02-CV-6460 |
| Yih, William | : | 02-CV-5176 |
| McFarland, James and Doris J. McFarland | : | 02-CV-6373 |
| McDowell, Charles | : | 02-CV-5653 |
| Young, Betty | : | 02-CV-5207 |
| Zemens, Clara Ann | : | 02-CV-6017 |
| Zorsch, Patrick | : | 02-CV-5186 |
| Zarybnicky, Rosalie and Alex Zarybnicky | : | 02-CV-5277 |
| Zelman, Irwin and Joyce Zelman | : | 02-CV-5241 |
| York, Joel and Ola Rae York | : | 02-CV-6036 |
| Zetterquist, Charles and Peggy Zetterquist | : | 02-CV-5242 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Zuckerman, Theodore | : | 02-CV-6496 |
| Zwelling, Ivan and Rochelle S. Zwelling | : | 02-CV-5285 |
| Karzen, Clara | : | 02-CV-5773 |
| Karzen, Isadore | : | 02-CV-5786 |
| Kaufman, Bernard and Marilyn Kaufman | : | 02-CV-5929 |
| Marshall, Bronwen and James John Marshall | : | 02-CV-6102 |
| Marlar, Rosie and Charles Marlar, II | : | 02-CV-6366 |
| Todd, Bessie | : | 02-CV-5225 |
| Todd, Ruby and Ronnie Todd | : | 02-CV-6180 |
| Toledo, Murielle and Antonio Toledo | : | 02-CV-6184 |
| Tooma, Nora and William Tooma | : | 02-CV-6541 |
| Toombs, Remous | : | 02-CV-5224 |
| Torrence, Robert | : | 02-CV-5220 |
| Torres, Steve Sr. | : | 02-CV-6356 |
| Torres, Thomas and Iris Torres | : | 02-CV-6477 |
| Tosta, Manuel and Nancy J. Tosta | : | 02-CV-6179 |
| Toward, Richard | : | 02-CV-5219 |
| Trahan, Joyce | : | 02-CV-5222 |
| Spicer, William and Tanamy Spicer | : | 02-CV-6335 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Stewart, Alton | : | 02-CV-6486 |
| Kuzemko, Janice | : | 02-CV-5777 |
| Kimbrough, Nathaniel | : | 02-CV-5774 |
| Hampton, Harriette | : | 02-CV-5959 |
| Kelly, Joann and Frank Kelly | : | 02-CV-5936 |
| Jones, James and Willie B. Jones | : | 02-CV-5926 |
| Jones, Mary | : | 02-CV-5445 |
| Jones, Olen and Etta Jones | : | 02-CV-5904 |
| Jones, Willie and James D. Jones | : | 02-CV-6224 |
| Johnson, Gardner and Grethel Johnson | : | 02-CV-5839 |
| Johnston, Helen | : | 02-CV-5501 |
| Johnson, Ida | : | 02-CV-5509 |
| Keitt, Eugene | : | 02-CV-6501 |
| Juodvalkis, Vincent and Aldona Juodvalkis | : | 02-CV-5913 |
| Jump, Maria | : | 02-CV-5737 |
| Juco, Martin and Marina Juco | : | 02-CV-5885 |
| Harris, Ruth and Edwin C. Harris | : | 02-CV-6421 |
| Harris, William | : | 02-CV-6008 |
| Hartman, Margery | : | 02-CV-5969 |

| **PLAINTIFF** | | **CIVIL ACTION NO.** |
|---|---|---|
| Hartman, Russell and Choosry Hartman | : | 02-CV-5118 |
| Harty, Louise | : | 02-CV-5961 |
| Hankla, Beverly | : | 02-CV-6023 |
| Hannah, John and Marie Hannah | : | 02-CV-5032 |
| Hanson, Wesley and Carmen Hanson | : | 02-CV-5606 |
| Hardin, Mary and Charles Hardin | : | 02-CV-5577 |
| Harjo, Tillman | : | 02-CV-5992 |
| Harper, Patricia | : | 02-CV-5988 |
| Harrell, Ruthann | : | 02-CV-6004 |
| Harris, Anna | : | 02-CV-6531 |
| Harris, Josephine | : | 02-CV-6012 |
| Kent, Rosa | : | 02-CV-5778 |

## STIPULATION TO EXTEND TIME

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 11, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

**WEITZ & LUXENBERG, P.C.**

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:_____

Jerry Kristal, Esquire
PA Bar I.D. No. 38332
Franklin P. Solomon, Esquire
PA Bar I.D. No. 74231
51 Haddonfield Road, Suite 160
Cherry Hill, NJ  08002
**(Attorneys for Plaintiff)**

By:_____

Albert G. Bixler, Esquire
PA Bar I.D. No. 45639
1515 Market Street, Ninth Floor
Philadelphia, PA  19102
**(Attorney for Defendant Bayer Corporation)**

Dated:_____

Dated:_____

**APPROVED:**

_____
                                                    **J.**

M0380064.DOC